# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HONG CHRIS LU, | ) CASE NO. 1:25-cv-01057-JEG |
| Plaintiff | ) |
| vs. | ) MAGISTRATE JUDGE |
| | ) JAMES E. GRIMES, JR. |
| CAPITAL ONE BANK (USA), N.A., HEWLETT-PACKARD COMPANY (HP INC.), | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING "FAKE CASES" (DOCKET NO. 43)

Plaintiff Hong Chris Lu respectfully responds to the Court's October 22, 2025 Order

(non-document) directing him to show cause by noon on October 23, 2025 why his brief (Doc. 43)

should not be stricken.

1. **Acknowledgment and Responsibility.** I accept responsibility for including two erroneous case citations in Doc. 43. I sincerely apologize to the Court and counsel. There is no excuse for the oversight.

2. **Remedial Actions Already Taken.** Four days before the present Order, I filed a **Notice of Errata** to correct miscited authorities in a different brief (ECF 39). That filing withdrew problematic citations and substituted **verified** authorities. ECF 44 (filed Oct. 18, 2025).

3. **Immediate Cure for Doc. 43.** To ensure the record is accurate and to conserve judicial resources, I respectfully request leave to **withdraw Doc. 43** and file a **Corrected Brief instanter** that removes the challenged citations and relies instead on the **Federal Rules of Civil Procedure (Rules 26 and 37), N.D. Ohio Local Rule 37.1, and the Court's Standing Order**, together with record materials already before the Court (including Capital One's Exhibit A supplemental responses and the Oct. 14 email produced as

Exhibit B).

4. **Verification Protocol to Prevent Recurrence.** Going forward, I will:

(a) verify every citation using a primary database prior to filing;
(b) prefer **rules, controlling statutes, and the Court's Standing Orders/Local Rules** where possible;
(c) include **pin cites and docket references to record exhibits**; and
(d) maintain a citation log showing verification time-stamps for any authorities included.

5. **Requested Relief.** In light of the foregoing remediation, I respectfully ask that the Court **permit substitution** of Doc. 43 with the attached Corrected Brief, and **admonish—but not strike**—the filing; or, in the alternative, strike Doc. 43 **without prejudice** and accept the Corrected Brief instanter.

Respectfully submitted,

/s/ Hong Chris Lu
Hong Chris Lu, Pro Se
9472 River Birch Run, Brecksville, OH 44141
 (636) 688-9785 • chris9575@outlook.com

Dated: October 22, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I served a true and correct copy of the foregoing Brief in Support of Request for Production No. 8 via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Hong Chris Lu
Hong Chris Lu, Pro Se

Dated: October 22, 2025